

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00119-CV

**SENRICK WILKERSON,**

                                                    **Appellant**

 **v.**

**HUNTSVILLE INSTITUTIONAL PAROLE OFFICE,**

                                                    **Appellee**

**From the 12th District Court
Walker County, Texas
Trial Court No. 1527660**

## MEMORANDUM OPINION

Senrick Wilkerson appeals the trial court's judgment of dismissal rendered against

him on February 29, 2016.  By letter dated June 20, 2016, the Clerk of this Court notified

Wilkerson that the appeal was subject to dismissal because the original filing fee of

$205.00 had not been paid and warned Wilkerson that the Court would dismiss the

appeal unless, within 10 days from the date of the letter, Wilkerson paid the filing fee or

obtained indigent status for the purposes of appeal. Ten days have passed, and Wilkerson has not responded.

This appeal is dismissed. TEX. R. APP. P. 42.3(c).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed July 20, 2016
[CV06]

